IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  **CCB13CV1183** |
| | ) | |
| 3 Knife-Shaped Coins, 12 Other Chinese Coins, | ) | |
| and 7 Cypriot Coins, | ) | |
| | ) | |
| Defendants. | ) | |

## WARRANT FOR ARREST IN REM

TO:    THE DEPARTMENT OF HOMELAND SECURITY AND/OR ANY OTHER DULY
AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on ____4/22/13____ , the United States of America filed a verified

complaint for civil forfeiture in the United States District Court for the District of Maryland

against the above-named defendant property, alleging that said property is subject to seizure and

civil forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the defendant property is currently in the possession, custody or control of

the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the

Court to issue an arrest warrant in rem for the arrest of the Defendant property;.and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must

be delivered to a person or organization authorized to execute it;

NOW THEREFORE you are hereby commanded to arrest the above-named defendant

property by serving a copy of this warrant on the custodian in whose possession, custody or

control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated:  4/23/23

Clerk of the Court
United States District Court

By: _____
Deputy Clerk